UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   Case No.: 8:19-cr-316-T-33CPT

PEDRO BOLIVAR QUIJIJE
ANCHUNDIA
HENRY STALIN MIELES PILAY
DECIO VIVEROS GRANJA
_____/

### ORDER OF DETENTION PENDING TRIAL

THIS MATTER is before the Court upon the Government's motion to detain Defendants pursuant to 18 U.S.C. § 3142. In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a bail hearing has been offered but waived. This Court concludes that the following facts require the detention of all Defendants, pending further order of the court.

Defendants are charged in an Indictment with conspiracy to possess with intent to distribute a controlled substance while on board a vessel subject to the jurisdiction of the United States and possession with intent to distribute a controlled substance in violation of 21 U.S.C. § 963, 18 U.S.C. § 2285, 46 U.S.C. § 70506(a) and (b), and 46 U.S.C. § 70503(a). At present, Defendants do not challenge the Government's request for detention but seek only the opportunity to revisit the matter in the future should circumstances warrant. Given that there are no circumstances available to the Court that would allow for Defendants release and assure their future appearance in court, it is hereby **ORDERED** that all Defendants be **DETAINED**. Leave is granted for all Defendants to revisit the Court's Order of Detention should circumstances warrant such reconsideration.

Defendants are committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendants shall be afforded a reasonable opportunity for private consultation with counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which Defendants are confined shall deliver Defendants to a United States marshal for the purpose of an appearance in connection with a court proceeding.

**DONE** and **ORDERED** in Tampa, Florida, on July 31, 2019.

_____ELIZABETH A. JENKINS_____
ELIZABETH A. JENKINS
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
United States Pretrial Services
United States Marshals Service